UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALEXANDER LOPEZ, | Case No. 2:18-cv-00480-JCM-NJK |
|---|---|
| Petitioner, | |
| v. | ORDER |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

On March 27, 2018, the court directed the clerk to informally electronically serve the Nevada Attorney General with a copy of the petition and this order, along with regenerated notices of electronic filing of the remaining filings herein. The court further directed respondents to file a response within sixty days of the date of entry of that order.

A review of the docket reflects that the attorney general was not informally electronically served a copy of the petition and the court's March 27, 2018, order pursuant to the court's prior order. Accordingly, the clerk of court is hereby directed add Nevada Attorney General Adam P. Laxalt to the docket as the attorney for respondents and to informally electronically serve the Nevada Attorney General a copy of the petition in this case, the court's March 27, 2018, order, and this order.

It is further ordered that respondents shall have sixty days from the date of entry of this order to file an answer or otherwise respond to the petition in this case.

1

It is further ordered that petitioner shall have thirty (30) days from service of the answer, motion to dismiss, or other response to mail a reply or response to the clerk of court for filing.

DATED June 5, 2018.

*[signature]*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE