UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ALEXANDER LOPEZ, | Case No. 2:18-cv-00480-JCM-NJK |
|---|---|
| Petitioner, | |
| v. | ORDER |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Good cause appearing, respondents' motion for enlargement of time (ECF No. 9) is granted. Respondents shall have to and including September 20, 2018, within which to answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED August 1, 2018.

*[signature]*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1