UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ALEXANDER LOPEZ, | Case No. 2:18-cv-00480-JCM-NJK |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents' first motion for enlargement of time (ECF No. 24) is GRANTED. Respondents will have to and including September 26, 2019, to answer the petition in this case.

DATED August 13, 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1