UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER LOPEZ,<br><br>             Petitioner,<br>    v.<br>BRIAN WILLIAMS, et al.,<br><br>             Respondents. | Case No. 2:18-cv-00480-JCM-NJK<br><br>**ORDER** |

Respondents' second motion for enlargement of time (ECF No. 26) is GRANTED. Respondents will have up to and including October 28, 2019, to answer the petition in this case.

DATED September 27, 2019.

                                              JAMES C. MAHAN
                                              UNITED STATES DISTRICT JUDGE

1