# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ALEXANDER LOPEZ,

    Petitioner,

v.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:18-cv-00480-JCM-NJK

**ORDER**

Respondents' third motion for enlargement of time (ECF No. 28) is GRANTED. Respondents will have until November 18, 2019, to answer the petition in this case.

DATED this 30th day of October 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE